```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BAIRON ORELLANA, et al.,

                            Plaintiffs,                18-CV-07865 (VSB)(SN)

        -against-                                   **ORDER**

ONE IF BY LAND RESTAURANT, LLC, et al.,

                            Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       In light of the parties' October 26, 2020 status report, the parties shall file a status letter on December 21, 2020, providing the Court with an update on the Class Action Notice mailing and class discovery. The parties may also request a settlement conference to the extent they believe it would be productive at that time.

**SO ORDERED.**

                                                            _____
                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:       October 29, 2020
                  New York, New York