UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BAIRON ORELLANA, et al.,

                           **Plaintiffs,**

            -against-

ONE IF BY LAND RESTAURANT, LLC, et al.,

                          **Defendants.**

-------------------------------------------------------------------X

**18-CV-07865 (VSB)(SN)**

**<u>ORDER</u>**

**SARAH NETBURN, United States Magistrate Judge**:

      On January 11, 2021, the Honorable Vernon S. Broderick assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference for a time when they believe it would be productive. All currently scheduled deadlines are adjourned for 45 days from the date of this Order.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     January 11, 2021
             New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 1/11/2021 __