```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BAIRON ORELLANA, et al.,

                             Plaintiffs,

         -against-

ONE IF BY LAND RESTAURANT LLC, et al.,

                             Defendants.

-----------------------------------------------------------------X

18-CV-07865 (VSB)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    A settlement conference is scheduled for Monday, March 1, 2021, at 2:00 p.m. and will be held telephonically. The Court will provide dial-in information by email before the conference.

    The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Monday, February 22, 2021. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:    January 21, 2021
                New York, New York