```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BAIRON ORELLANA, et al.,

                    Plaintiffs,

-against-

ONE IF BY LAND RESTAURANT, LLC, et al.,

                    Defendants.

-----------------------------------------------------------------X

18-CV-07865 (VSB)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      The settlement conference previously scheduled for March 23, 2021, at 10:00 a.m. is RESCHEDULED for Wednesday, April 7, 2021, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information by email before the conference.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Wednesday, March 31, 2021. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

      The Clerk of Court is respectfully directed to GRANT the motions at ECF Nos. 85 and 87.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   March 11, 2021
             New York, New York