UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
                                                           :
BAIRON ORELLANA, et al.,                                   :
                                                           :
                              Plaintiffs,                  :
                                                           :         18-cv-7865 (VSB)
              -against-                                    :
                                                           :              **ORDER**
ONE IF BY LAND RESTAURANT LLC et                           :
al.,                                                       :
                                                           :
                              Defendants.                  :
                                                           :
---------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

In light of the representations made at the June 21, 2021 conference held in this case, (Doc. 92), it is hereby:

ORDERED that all deadlines in this case are adjourned until July 6, 2021, to allow for the parties to continue settlement discussions.

IT IS FURTHER ORDERED that the parties are directed to appear for a telephonic conference on July 6, 2021 at 1 PM. The call-in number is 888-363-4749 and the access code is 2682448. The parties are directed to meet and confer ahead of the conference about trial dates and to be prepared to make proposals for trial dates if settlement is not forthcoming.

SO ORDERED.

Dated: June 22, 2021
       New York, New York

                                        *Vernon Broderick* (signature)
                                        Vernon S. Broderick
                                        United States District Judge