```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
BAIRON ORELLANA, et al.,                                :
                                                        :
                              Plaintiffs,               :
                                                        :         18-cv-7865 (VSB)
              -against-                                 :
                                                        :              ORDER
ONE IF BY LAND RESTAURANT LLC et                        :
al.,                                                    :
                                                        :
                              Defendants.               :
                                                        :
------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/7/2021__

<u>VERNON S. BRODERICK, United States District Judge</u>:

In light of the representations made at the July 6, 2021 conference held in this case, (Doc. 93), it is hereby:

ORDERED that this case is tentatively scheduled for a jury trial beginning on April 4, 2022. I will set out a briefing schedule for pre-trial submissions at a later date.

IT IS FURTHER ORDERED that, to the extent Plaintiffs intend to submit a letter motion arguing that I should rule on the issue of damages before trial for the issues decided on summary judgment, they are directed to file the motion on or before July 12, 2021. Any such motion should, at minimum, contain authority indicating where other courts have ruled on damages before resolving liability as to all issues in the case. Defendants' opposition to Plaintiffs' letter motion, if any, should be filed on or before July 19, 2021.

IT IS FURTHER ORDERED that defense counsel is directed to inform Plaintiffs and the Court if his schedule changes and he has availability for a trial beginning earlier than April 4, 2022.

SO ORDERED.

Dated: July 7, 2021
     New York, New York

                                        Vernon S. Broderick
                                        United States District Judge