UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
BAIRON ORELLANA, et al.,                               :
:
                      Plaintiffs,               :
:         18-CV-7865 (VSB)
      - against -                                :
:          **ORDER**
:
ONE IF BY LAND RESTAURANT LLC, et      :
al.,                                                                   :
:
                      Defendants.              :
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2021

VERNON S. BRODERICK, United States District Judge:

       On September 27, 2020, I issued an order in the above-captioned matter (1) denying Defendants' motion for summary judgment in full; (2) denying in part Plaintiffs' motion for summary judgment as to whether Defendant Ghatanfard was Plaintiffs' employer, Defendants' joint and several liability, and statute of limitations; and (3) granting in part Plaintiffs' motion for summary judgment with respect to Defendants' liability for Plaintiffs' minimum wage and overtime claims, Wage Theft Protection Act claims, spread-of-hours premium claims, and the issue of liquidated damages. (Doc. 69.) After settlement discussions were unsuccessful, I held a status conference on July 6, 2021, in which I tentatively scheduled a jury trial beginning on April 4, 2022. (Doc. 94.) As detailed at that conference, it is hereby:

       ORDERED that a jury trial in this matter is scheduled to begin on April 4, 2022 at 10:00 a.m.

       IT IS FURTHER ORDERED that, pursuant to Rule 6 of my Individual Rules & Practices in Civil Cases, a joint pretrial order and motions in limine are due on or before March 7, 2022. Oppositions to motions in limine, as well as proposed voir dire questions, proposed verdict

sheets, and proposed jury instructions are due on or before March 14, 2022.  Two courtesy copies of all documents shall be submitted to Chambers, and Microsoft Word versions of the proposed voir dire questions and jury instructions must also be submitted by email to BroderickNYSDChambers@nysd.uscourts.gov.

    IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on March 30, 2022 at 3:00 p.m.

SO ORDERED.

Dated:    November 3, 2021
            New York, New York

                                        Vernon S. Broderick
                                        United States District Judge