UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
BAIRON ORELLANA, et al.,                                 :
:
                     Plaintiffs,    :
:          18-CV-7865 (VSB)
        -against-                                     :
:                 **ORDER**
ONE IF BY LAND RESTAURANT, et al.,                       :
:
                     Defendants.    :
:
-------------------------------------------------------- X

**VERNON S. BRODERICK**, United States District Judge:

      Pursuant to the parties' request, I directed the jury department to remove this case from the trial standby list and set a trial date during April 2022. The jury department has now set the Southern District of New York trial schedule for the second quarter of 2022. It is hereby:

      ORDERED that a jury trial in this matter is scheduled to begin on April 6, 2022 at 10:00 a.m.

      IT IS FURTHER ORDERED that a status conference in this matter will be held on March 8, 2022 at 2:00 p.m. regarding the parties' positions for trial. The dial-in number is 888-363-4749 and the conference code is 2682448.

SO ORDERED.

Dated:  March 4, 2022
          New York, New York

                                                                   _____
                                                                     Vernon S. Broderick
                                                                     United States District Judge