UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BAIRON ORELLANA, et al,
*on behalf of themselves, FLSA Collective Plaintiffs
and the Class,*

                **Plaintiffs,**

v.

ONE IF BY LAND RESTAURANT LLC., et al.

                **Defendants.**

---

Case No. 18-cv-7865

**NOTICE OF ACCEPTANCE
OF OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated March 3, 2022 and annexed hereto as **Exhibit A**.

Dated: March 7, 2022

Respectfully submitted,

By: _____

C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiffs*