**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BAIRON ORELLANA, et al,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

        **Plaintiffs,**

  v.

ONE IF BY LAND RESTAURANT LLC., et al.

        **Defendants.**

**Case No.** 18-cv-7865

**[PROPOSED]**
**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiffs to take a judgment against them, in the sum of Seventy-Five Thousand Dollars ($75,000), inclusive of legal fees, with respect to Plaintiffs' federal claims only under the Fair Labor Standards Act, as amended, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated March 3, 2022 and filed as Exhibit A to Docket Number 100;

    **WHEREAS**, on March 7, 2022, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 100);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs in the sum of Seventy-Five Thousand Dollars ($75,000), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated March 3, 2022 and filed as Exhibit A to Docket Number 100.

**SO ORDERED:**

Dated: _____, 2022        _____
    New York, New York                                U.S.D.J.